**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Kyle Pereira | | |
| DEBTOR | : | BKY. NO. 23-13876-amc |

O R D E R

AND NOW, this _____ day of _____, 2024 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **1/19/2024** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge