UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Kyle Pereira<br><br><br><br>            Debtor | Chapter 13<br><br>Bankruptcy No. 23-13876-AMC |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 18th day of March, 2024 by first class mail upon those listed below:

Kyle Pereira
6100 City Ave Apt 405
Philadelphia, PA  19131-1240

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

George M. Conway, Esq.
Office of the United States Trustee


                                              */s/ Kristen Gliem*
                                              Kristen Gliem
                                              for
                                              Scott F. Waterman, Esq.
                                              Standing Chapter 13 Trustee