Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-13876-AMC**

Kyle Pereira  
6100 City Ave Apt 405  
Philadelphia  PA   19131-1240

Petition Filed Date: 12/22/2023  
341 Hearing Date: 03/22/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/02/2024 | $250.00 | | 04/22/2024 | $250.00 | | 04/22/2024 | $500.00 | |
| 05/02/2024 | $250.00 | | 06/03/2024 | $250.00 | | 07/03/2024 | $250.00 | |

**Total Receipts for the Period:  $1,750.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER STUDENT LOANS<br>»»  001 | Unsecured Creditors | $16,364.05 | $0.00 | $0.00 |
| 2 | DISCOVER STUDENT LOANS<br>»»  002 | Unsecured Creditors | $15,392.24 | $0.00 | $0.00 |
| 3 | DISCOVER STUDENT LOANS<br>»»  003 | Unsecured Creditors | $32,783.68 | $0.00 | $0.00 |
| 4 | DISCOVER STUDENT LOANS<br>»»  004 | Unsecured Creditors | $31,094.37 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»»  005 | Unsecured Creditors | $18,943.06 | $0.00 | $0.00 |
| 6 | DISCOVER BANK<br>»»  006 | Unsecured Creditors | $22,503.81 | $0.00 | $0.00 |
| 7 | US DEPARTMENT OF EDUCATION<br>»»  007 | Unsecured Creditors | $74,910.63 | $0.00 | $0.00 |
| 8 | FIRSTMARK SERVICES<br>»»  008 | Unsecured Creditors | $13,572.17 | $0.00 | $0.00 |
| 9 | FIRSTMARK SERVICES<br>»»  009 | Unsecured Creditors | $9,159.70 | $0.00 | $0.00 |
| 10 | FIRSTMARK SERVICES<br>»»  010 | Unsecured Creditors | $21,815.92 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13876-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,000.00 | Current Monthly Payment: | $939.00 |
| Paid to Claims: | $0.00 | Arrearages: | $689.00 |
| Paid to Trustee: | $200.00 | Total Plan Base: | $51,517.00 |
| Funds on Hand: | $1,800.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.