United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kyle Pereira  
    Debtor

Case No. 23-13876-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 10, 2024      Form ID: 155      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kyle Pereira, 6100 City Ave Apt 405, Philadelphia, PA 19131-1240 |
| 14842905 | + | Naveo Credit Union, 493 Somerville Ave, Somerville, MA 02143-3246 |
| 14842911 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14842913 | | Premier Properties and Management Associates LLC, 6100 City Ave, Philadelphia, PA 19131-1239 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14842896 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 11 2024 00:12:28 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14851604 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2024 00:11:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14842897 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2024 00:12:28 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14854395 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 10 2024 23:54:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14842898 | | Email/Text: megan.harper@phila.gov | Oct 10 2024 23:55:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14842899 | | Email/Text: bankruptcy@philapark.org | Oct 10 2024 23:55:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14842900 | | Email/Text: mrdiscen@discover.com | Oct 10 2024 23:54:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14851883 | | Email/Text: mrdiscen@discover.com | Oct 10 2024 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14842901 | | Email/Text: DSLBKYPRO@discover.com | Oct 10 2024 23:55:00 | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 14842518 | + | Email/Text: DSLBKYPRO@discover.com | Oct 10 2024 23:55:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 14842902 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 10 2024 23:54:00 | Firstmark Services, Attn: Bankruprcy, PO Box 82522, Lincoln, NE 68501-2522 |
| 14842903 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 10 2024 23:55:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14842904 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2024 23:54:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14842906 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 10 2024 23:55:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, |

Case 23-13876-amc    Doc 37    Filed 10/12/24    Entered 10/13/24 00:33:47    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 10, 2024 | Form ID: 155 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | NE 68508-1922 |
| 14842907 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 10 2024 23:54:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14842908 | | Email/Text: fesbank@attorneygeneral.gov | Oct 10 2024 23:54:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14842909 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14842910 | ^ | MEBN | Oct 10 2024 23:47:02 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14842912 | | Email/Text: bankruptcy@philapark.org | Oct 10 2024 23:55:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14842914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2024 00:30:49 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14842915 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2024 00:30:49 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14842916 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 10 2024 23:55:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14842917 | ^ | MEBN | Oct 10 2024 23:46:54 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14852624 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 10 2024 23:55:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Kyle Pereira help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 10, 2024 | Form ID: 155 | Total Noticed: 28

SCOTT F. WATERMAN [Chapter 13]
          ECFMail@ReadingCh13.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Kyle Pereira

Debtor(s).

Case No. 23−13876−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 9, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court