WWR#EDPA23138760134

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 23-13876 |
| | ) |
| KYLE PEREIRA | ) CHAPTER 13 PROCEEDING |
| | ) |
| | ) |
| | ) |
| DEBTOR(S) | ) |
| | ) JUDGE ASHLEY M CHAN |

### NOTICE OF SATISFACTION OF PROOF OF CLAIM #3-2

**NOW COMES** Creditor, Discover Student Loans c/o Weltman, Weinberg & Reis Co., LPA, and hereby provides notice that the Proof of Claim #3-2 filed in the amount of $32783.68 has been satisfied and any future disbursements by the Trustee should cease at this time.

Respectfully submitted,
/s/ Scott Fink
Scott Fink
Agent for Creditor
5990 West Creek Road, Suite 200
Independence, OH 44131
877-338-9484
bronationalecf@weltman.com

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 23-13876 |
| | ) |
| KYLE PEREIRA | ) CHAPTER 13 PROCEEDING |
| | ) |
| | ) |
| | ) |
| DEBTOR(S) | ) |
| | ) JUDGE ASHLEY M CHAN |

**CERTIFICATE OF SERVICE**

I certify that on the 12th day of March, 2025 a true and correct copy of the foregoing Notice of Satisfaction of Claim was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Attorney for Debtor

Chapter 13 Trustee

Office of the U.S. Trustee

and by regular U.S. Mail, postage prepaid on:

KYLE PEREIRA
6100 CITY AVE APT 405
PHILADELPHIA, PA 19131

/s/ Scott Fink
Scott Fink
Agent for Creditor
5990 West Creek Road, Suite 200
Independence, OH 44131
877-338-9484
bronationalecf@weltman.com