| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-13876-AMC**

| | |
|---|---|
| Kyle Pereira | Petition Filed Date: 12/22/2023 |
| 6100 City Ave Apt 405 | 341 Hearing Date: 03/22/2024 |
| Philadelphia  PA    19131-1240 | Confirmation Date: 10/09/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2024 | $250.00 | | 09/04/2024 | $250.00 | | 09/18/2024 | $439.00 | |
| 09/24/2024 | $939.00 | | 10/24/2024 | $939.00 | | 11/27/2024 | $939.00 | |
| 01/02/2025 | $939.00 | | 01/28/2025 | $939.00 | | 02/27/2025 | $939.00 | |
| 03/27/2025 | $939.00 | | 04/28/2025 | $939.00 | | 06/02/2025 | $939.00 | |
| 06/27/2025 | $939.00 | | 07/29/2025 | $939.00 | | | | |

**Total Receipts for the Period:  $11,268.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $13,957.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,875.00 | $4,875.00 | $0.00 |
| 1 | DISCOVER STUDENT LOANS<br>»»  001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER STUDENT LOANS<br>»»  002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER STUDENT LOANS<br>»»  003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DISCOVER STUDENT LOANS<br>»»  004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»»  005 | Unsecured Creditors | $18,943.06 | $3,229.73 | $15,713.33 |
| 6 | DISCOVER BANK<br>»»  006 | Unsecured Creditors | $22,503.81 | $3,836.85 | $18,666.96 |
| 7 | US DEPARTMENT OF EDUCATION<br>»»  007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | FIRSTMARK SERVICES<br>»»  008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | FIRSTMARK SERVICES<br>»»  009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | FIRSTMARK SERVICES<br>»»  010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | NAVEO CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | NELNET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | PECO ENERGY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13876-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,957.00 | Current Monthly Payment: | $939.00 |
| Paid to Claims: | $11,941.58 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,128.06 | Total Plan Base: | $51,517.00 |
| Funds on Hand: | $887.36 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.