Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Kyle Pereira
6100 City Ave Apt 405
Philadelphia, PA 19131-1240

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 23-13876-AMC**

Petition Filed Date: 12/22/2023
341 Hearing Date: 03/22/2024
Confirmation Date: 10/09/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2025 | $939.00 | | 09/29/2025 | $939.00 | | 10/27/2025 | $939.00 | |
| 12/02/2025 | $939.00 | | 01/07/2026 | $939.00 | | 01/30/2026 | $939.00 | |
| 03/02/2026 | $939.00 | | 03/30/2026 | $939.00 | | 05/01/2026 | $939.00 | |
| 06/02/2026 | $939.00 | | 07/06/2026 | $939.00 | | | | |

**Total Receipts for the Period: $10,329.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $24,286.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,875.00 | $4,875.00 | $0.00 |
| 1 | DISCOVER STUDENT LOANS<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER STUDENT LOANS<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER STUDENT LOANS<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DISCOVER STUDENT LOANS<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $18,943.06 | $8,002.05 | $10,941.01 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $22,503.81 | $9,506.25 | $12,997.56 |
| 7 | US DEPARTMENT OF EDUCATION<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | FIRSTMARK SERVICES<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | FIRSTMARK SERVICES<br>»» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | FIRSTMARK SERVICES<br>»» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | NAVEO CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | NELNET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | PECO ENERGY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,286.00 | Current Monthly Payment: | $939.00 |
| Paid to Claims: | $22,383.30 | Arrearages: | $939.00 |
| Paid to Trustee: | $1,902.70 | Total Plan Base: | $51,517.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.